WILLIAM FAULKNER (83385)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        wfaulkner@mcmanislaw.com

John E. Schmidtlein (Bar No. 163520)
   jschmidtlein@wc.com
Jonathan B. Pitt (*pro hac vice pending*)
   jpitt@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Phone: (202) 434-5000
Fax:   (202) 434-5029

Attorneys for Defendant
BLUE SKY STUDIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA CANO, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DREAMWORKS, et al.,<br><br>        Defendants. | CASE NO.: 5:14-cv-04203-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JONATHAN B. PITT)** |

Pursuant to Civil Local Rule 11–3, Jonathan B. Pitt, an active member in good standing of the bar of the District of Columbia, hereby respectfully applies for admission to practice *pro hac vice* in the United States District Court, Northern District of California representing defendant Blue Sky Studios, Inc. in the above-captioned action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the District of Columbia (admitted 11/1/2002);

2. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application;

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11–4 and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-captioned action. The name, bar number, email address, mailing address, telephone number, and facsimile number of that attorney is:

> William Faulkner (Bar No. 83385)
> McMANIS FAULKNER
> 50 W. San Fernando Street, 10th Floor
> San Jose, CA 95113
> Phone:   (408) 279-8700
> Fax:     (408) 279-3244
> Email:   wfaulkner@mcmanislaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2014            /s/ Jonathan B. Pitt
                                   Jonathan B. Pitt